**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GAYTHON McKENZIE,**                                                          **PLAINTIFF,**

**VS.**                                                      **CIVIL ACTION NO. 1:07CV244-P-D**

**CITY OF TUPELO, MISSISSIPPI and
BANCORPSOUTH CENTER,**                                      **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Summary Judgment [30] is **GRANTED**; therefore,

(2) The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** with the parties to bear their own costs; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 19th day of November, A.D., 2008.

                                                /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE